1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CABN 209013)
   Assistant United States Attorney
5
   150 Almaden Boulevard, Suite 900
6  San Jose, CA 95113
   Telephone: (408) 535-5061
7  Fax: (408) 535-5066
   E-Mail: Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13 | UNITED STATES OF AMERICA,      )  No. CR 09-01118 JF
                                    )
14 |     Plaintiff,                 )
                                    )  NOTICE OF DISMISSAL
15 |     v.                         )
                                    )
16 | HAK CHON LEE,                  )
                                    )  (San Jose Venue)
17 |     Defendant.                 )
                                    )
18 |_____)

19     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
20 United States Attorney for the Northern District of California dismisses the above indictment
21 with respect to Hak Chon Lee without prejudice.
22 DATED: 8/24/11                         Respectfully submitted,

23                                        MELINDA HAAG
                                          United States Attorney
24

25
                                          JEFFREY D. NEDROW
26                                        Chief, San Jose Branch Office

27

28

NOTICE OF DISMISSAL
CR 09-01118 JF

Leave is granted to the government to dismiss the indictment against Hak Chon Lee.

Date: 9/6/11

JEREMY FOGEL
United States District Judge